# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> KEVIN SPARKS <br> *Defendant* | ) <br> ) Case No. 4:22-MJ-00021-VTW <br> ) <br> ) Charging District's Case No. 4:21-cr-715-HEA/PLC <br> ) <br> ) |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*
Eastern District of Missouri

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[ ] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[✓] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5-17-22

*Defendant's signature*

*Signature of defendant's attorney*

Larry Simon
*Printed name of defendant's attorney*